UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DUANE KYLES

       Petitioner,

v.                                  Case No. 04-CV-71412

ANDREW JACKSON,

       Respondent.
                                   /

**JUDGMENT**

In accordance with the court's "Order and Opinion Denying Petition for Writ of Habeas Corpus" dated August 26, 2005,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Andrew Jackson and against Petitioner Anthony Duane Kyles. Dated at Detroit, Michigan, this 26th day of August, 2005.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                      BY:_s/Lisa Wagner____
                                          Lisa Wagner  Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland