**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY KYLES,

        Petitioner,

v.                                                                                  Case Number: 04-CV-71412

ANDREW JACKSON,

        Respondent.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

On August 26, 2005, the Court issued an opinion and order denying Petitioner's application for a writ of habeas corpus.  On December 1, 2005, the court issued an order declining to issue a certificate of appealability.  *See Castro v. United States,* 310 F.3d 900 (6th Cir. 2002) (holding that district court is required to rule on certificate of appealability when notice of appeal is filed, regardless of whether a motion has been filed). Thereafter, on December 8, 2005, Petitioner filed a motion for a certificate of appealability.[1]  Inasmuch as the court has already ruled on the issues presented in Petitioner's motion,  the court will deny the motion.

---

[1]Given Petitioner's incarcerated status, it is likely that the court's order and Petitioner's motion crossed in the mail.  For this reason, the court declines to interpret Petitioner's motion as a motion for reconsideration.  Even if the court were to so construe it, the motion would be denied because Petitioner has failed to (1) "demonstrate a palpable defect by which the court and the parties have been misled," so (2) show that "correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(g)(3).

Accordingly, IT IS ORDERED that Petitioner's "Motion for Certificate of

Appealability" [Dkt. # 45] is DENIED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE


Dated:  December 15, 2005


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2005, by electronic and/or ordinary mail.


        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522